UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:15-CR-051-TRM-SKL-01 |
| | ) | |
| DEVONTE J. WHITE | ) | |

## **MEMORANDUM AND ORDER**

DEVONTE J. WHITE, ("Defendant") appeared before Judge H. Bruce Guyton for a hearing on August 31, 2022, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition [Doc. 37], Amended Petition [Doc. 38] and Orders for Warrant for an Offender Under Supervision ("Petitions") in the above matter. Based upon the Petitions and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Petitions. Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Petitions for Warrant for Offender Under Supervision.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petitions for Warrant for Offender Under Supervision, they shall request a hearing before U.S. District Judge McDonough.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE